IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOU NEVER KNOW, LLC,

    Plaintiff,                       No. CIV S-11-1263 FCD DAD PS

    v.

RICHARD SHEILS, et al.,

    Defendants.                  <u>ORDER</u>

        Defendant Ron Vanderbeck, who is proceeding pro se in the above-entitled unlawful detainer action, filed a notice of removal from Placer County Superior Court, along with an application for leave to proceed in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On June 22, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and on defendant Ron Vanderbeck, and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The findings and recommendations filed June 22, 2011 (Doc. No. 6) are adopted in full;

3      2. Defendant Vanderbeck's motion to proceed in forma pauperis (Doc. No. 2) is denied;

4      3. Plaintiff's motion to remand and request for fees and costs (Doc. No. 3) is denied as moot; and

5      4. This action is summarily remanded to the Superior Court of California, County of Placer, and the Clerk of the Court shall close this case.

DATED: July 18, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE